WILLIAMS, Appellant, *v.* HAYS, Respondent.

(*Supreme Court, General Term, First Department.* November 18, 1892.)

Appeal from circuit court, New York county.
Action by Paul Williams against William Hays.
For former reports, see 5 N. Y. Supp. 666, 667.
Argued before VAN BRUNT, P. J., and O'BRIEN and LAWRENCE, JJ.
*George A. Black,* for appellant. *Goodrich, Deady & Goodrich,* (*John A. Deady* and *William W. Goodrich,* of counsel,) for respondent.

VAN BRUNT, P. J. In view of the disposition made by the court of appeals in the case of *Hays* v. *Insurance Co.,* 127 N. Y. 656, 28 N. E. Rep. 254, where the same questions now presented seem to have been before that court, it does not seem necessary to discuss the points raised by the counsel for the appellant. The judgment and order appealed from should be affirmed, with costs. All concur.

---

NATIONAL PARK BANK OF NEW YORK, Appellant, *v.* GODDARD *et al.,* Respondents.

(*Supreme Court, General Term, First Department.* November 18, 1892.)

Appeal from special term, New York county.
Action by the National Park Bank of New York, an attaching creditor of Levy Bros. & Co., against Warren N. Goddard and others, some of the defendants being attaching creditors of the said Levy Bros. & Co., and the others being replevin suitors claiming in replevin the same goods, to try the rights of the various claimants to the goods attached.
For former reports, see 16 N. Y. Supp. 343; 20 N. Y. Supp. 499, 526.
Argued before O'BRIEN and BARRETT, JJ.
*Horwitz & Hershfield,* (*Otto Horwitz,* of counsel,) for appellant. *Larned, Warren & Knapp,* for respondents.

PER CURIAM. Order affirmed, with costs and disbursements.

---

METCALF, Appellant, *v.* DEL VALLE, Respondent, *et al.*

(*Supreme Court, General Term, First Department.* November 18, 1892.)

Action by Samuel G. Metcalf, as receiver of the property of Jose F. Navarro, against Jose A. Del Valle and others.
For former report, see 19 N. Y. Supp. 16.
Argued before VAN BRUNT, P. J., and O'BRIEN, J.
*C. A. Murphey,* for appellant. *G. O. & L. S. Hulse,* for respondent.

PER CURIAM. We think that the judgment should be affirmed upon the opinion of Mr. Justice ANDREWS, (19 N. Y. Supp. 16,) handed down upon the previous appeal in this action, which opinion this court adopts for the purposes of this appeal. The judgment should be affirmed, with costs.

---

MISSION, ETC., OF HOMELESS CHILDREN, Respondent, *v.* CRONIN, Appellant.

(*Supreme Court, General Term, Second Department.* July 22, 1892.)

Action by the Mission of the Immaculate Virgin for the Protection of Homeless and Destitute Children in the City of New York against Michael Cronin.
Reargument ordered on account of division of opinion.